AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

MICHAEL C. RUTH

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 14, 2007__ in __WASHINGTON__ county, in the _____

District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, ammunition, and did receive ammunition, which had been shipped and transported in interstate and foreign commerce, that is, 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __DEPUTY MARSHAL COLE E. BARNHART__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
**DEPUTY MARSHAL COLE E. BARNHART**
**UNITED STATES MARSHALS SERVICE**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                     City and State

_____        _____
Name & Title of Judicial Officer         Signature of Judicial Officer

## **STATEMENT OF FACTS**

On Wednesday, March 14, 2007, the defendant, Michael Ruth, entered the District of Columbia Superior Court and placed his backpack on an x-ray machine. When the bag entered the machine, the court security officer saw 2 objects resembling gun magazines. The court security officer checked the bag again and confirmed that the objects were gun magazines. Officers recovered 2 gun magazines loaded with 9mm ammunition from the backpack. The defendant was placed under arrest. To the best of the undersigned deputy marshal's knowledge, defendant Michael Ruth has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court, Criminal Case No. F3359-00. Before filing this complaint, the deputy marshal reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this deputy marshal's knowledge, there is no ammunition manufactured in the District of Columbia.

_____
DEPUTY MARSHAL COLE E. BARNHART
UNITED STATES MARSHALS SERVICE

SWORN AND SUBSCRIBED BEFORE ME
ON THE _____ DAY OF MARCH, 2007.

_____
U.S. MAGISTRATE JUDGE